NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

TIFFINY ROUSEY,                          )
                                         )
            Appellant,                   )
                                         )
v.                                       )        Case No. 2D17-4094
                                         )
STATE OF FLORIDA,                        )
                                         )
            Appellee.                    )
_____  )

Opinion filed March 21, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Polk County; James A. Yancey,
Judge.

Tiffiny Rousey, pro se.


PER CURIAM.

            Affirmed.  See Stovall v. Cooper, 860 So. 2d 5 (Fla. 2d DCA 2003) (en

banc); Stokes v. State, 851 So. 2d 788 (Fla. 2d DCA 2003); Brown v. State, 793 So. 2d

27 (Fla. 2d DCA 2001); Toomer v. State, 895 So. 2d 1256 (Fla. 1st DCA 2005); Teart v.

State, 866 So. 2d 145 (Fla. 1st DCA 2004); Sherwood v. State, 745 So. 2d 378 (Fla. 4th

DCA 1999).


LaROSE, C.J., and CASANUEVA and CRENSHAW, JJ., Concur.